1062

No. 92–6516. OCASIO ·FIGUEROA, AKA GUARAGUAO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–6519. WINT ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6523. SCHUTTERLE *v.* IOWA COUNTY BOARD OF REVIEW ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 92–6524. CAMARENA *v.* SUPERIOR COURT OF LONG BEACH. C. A. 9th Cir. Certiorari denied.

No. 92–6525. THOMPSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–6528. SCEIFERS *v.* VAIL. C. A. 7th Cir. Certiorari denied.

No. 92–6531. JONES *v.* NATIONAL SUPER MARKETS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–6533. MACFARLANE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6537. McCARTHY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6538. LUCIEN *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 92–6539. MOOREHEAD *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 92–6540. PAYNE *v.* THOMPSON, WARDEN, ET AL. Sup. Ct. Va. Certiorari denied.

No. 92–6541. MURRAY ET AL. *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 92–6542. RODRIGUEZ *v.* BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL. C. A. 9th Cir. Certiorari denied.